**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00362-CV**
_____

**JOSEPH CHARLES GERIK, Appellant**

**V.**

**JOANNA LEE GERIK, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-01-01284-CV**

**MEMORANDUM OPINION**

Joseph Charles Gerik, appellant, filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). Gerik moved for dismissal before the Court decided the appeal. Accordingly, we grant the motion, and we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on March 2, 2022
Opinion Delivered March 3, 2022
Before Golemon, C.J., Kreger and Horton, JJ.

1